1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11

JOHN MONTUE,                                    1: 08 CV 0138 AWI  WMW HC

                          Petitioner,           ORDER DENYING PETITIONER'S MOTION
                                                TO AMEND AND GRANTING PETITIONER
                                                EXTENSION OF TIME TO OPPOSE MOTION
         v.                                     TO DISMISS

                                                30 Day Deadline
KEN CLARK, WARDEN,

                          Respondent.
_____/

12
13
14
15
16
17
18
19
20

        Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

U.S.C. Section 2254.   On May 16, 2008, Respondent filed a motion to dismiss this petition on the

ground that Petitioner had failed to exhaust his state judicial remedies.   On July 23, 2008, Petitioner

filed a motion to amend his petition, submitting a proposed amended petition to the court.   In his

motion, Petitioner asserts that he has now exhausted his state judicial remedies.   In the proposed

amended petition, Petitioner raises at least one substantive claim not raised in the original petition.

        The court finds no basis for allowing

 Petitioner to amend his petition at this stage of the proceedings.   If Petitioner wishes to oppose

21
22
23
24
25
26
27
28

Respondent's motion to dismiss on the ground that he has now exhausted his state judicial remedies, he should do so through an opposition to the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED as follows:

1) Petitioner's motion to amend his petition [doc. 12], is DENIED;

2) The Clerk of the Court is DIRECTED to return Petitioner's proposed amended petition to Petitioner;

3) Petitioner is GRANTED thirty (30) days from the date of service of this order within which to file an opposition to Respondent's motion to dismiss.  Respondent is GRANTED thirty (30) days thereafter to file a reply.

IT IS SO ORDERED.

**Dated:   August 19, 2008**                    _____ /s/  William M. Wunderlich_____
UNITED STATES MAGISTRATE JUDGE