UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN MONTUE, | ) | 1: 08 CV 0138 AWI WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS RE MOTION TO |
| | ) | DISMISS PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS |
| v. | ) | |
| | ) | [Docs. 10, 16] |
| | ) | |
| | ) | ORDER REQUIRING FURTHER RESPONSE |
| KEN CLARK, Warden, | ) | TO PETITION WITHIN THIRTY DAYS |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 29 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2008, Respondent filed a motion to dismiss. On December 10, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty (30) days. Neither party filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) this court has conducted a *de novo* review of this case. *See* Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on December 10, 2008, are adopted in full;
2. Respondent's motion to dismiss is DENIED.
3. Respondent SHALL FILE a further response to the petition within thirty (30) days of the date of service of this order in compliance with the court's order of March 17, 2008. Petition shall have thirty (30) days thereafter to file a traverse; and
4. This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 12, 2009**                              /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE